1  PHILLIP A. TALBERT
   Acting United States Attorney
2  COLLEEN M. KENNEDY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2826

5  Attorneys for the United States

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly R. Olson, Individually, and also as *ex rel* on Behalf of the United States,<br><br>Plaintiff,<br><br>vs.<br><br>Rural Community Assistance Corp.; Michael Boyd; John Van den Bergh; Rodney Page; Ari Neumann; Omar Al-Shafie; Bridget Harris; Jennifer Lau; Kennedy/Jenks Consultants, Inc.; Zoe Wu; David Chan; Dat Tran; Noel Gordon; Fabian Ramos; Barry Sutter; Kim Hanagan; Dana Barton; Edward Kiernan; Jeremiah La Rue; Kirk Andrus; Ray Haupt; Siskiyou County Board of Supervisors; Hornbrook Community Services District; Clint Dingman; Robert Puckett, Sr.; Michele Hanson; Melissa Tulledo; Patricia Brown; Peter Kampa; Kevin Dixon; John Does 1-50,<br><br>Defendants. | CASE NO. 2:21-cv-700 KJM DMC PS<br><br>ORDER RE NOTICE OF THE UNITED STATES OF ELECTION TO DECLINE INTERVENTION |

The United States having notified the Court of its decision not to intervene in this action, the Court hereby orders as follows:

(1)  Relator may maintain the action in the name of the United States; providing, however, that the action may be dismissed only if the Court and the Attorney General give written consent to the dismissal and their reasons for consenting;

(2)  In the event that should either the relator or the defendants propose that this action be

dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval;

(3) All pleadings filed and orders issued by the Court in this action shall be served upon the United States;

(4) The United States shall reserve its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim; and

(5) The United States shall be served with all notices of appeal.

The relator's Complaint, the Notice of Declination, and this Order shall be unsealed.

IT IS SO ORDERED.

DATED: December 10, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE