PHILLIP A. TALBERT
Acting United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
Office of the United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2826
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. KIMBERLY OLSON,<br><br>Plaintiff,<br><br>v.<br><br>RURAL COMMUNITY ASSISTANCE CORP., et al.,<br><br>Defendants. | CASE NO. 2:21-cv-0700 KJM AC<br><br>ORDER |

The Relator having filed a request to dismiss this action without prejudice and the United States having filed its Notice of Consent to Dismissal of the False Claims Act allegations pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that this action is dismissed without prejudice as to the Relator and as to the United States.

DATED: December 10, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1   Order